| AO-10 (WP) Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2003 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111) |

| 1. Person Reporting *(Last name, first, middle initial)* Potter, John W. | 2. Court or Organization United States District Court Northern District Western Division of Ohio | 3. Date of Report May 4, 2004 |
|---|---|---|
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* U.S. District Judge Senior Status | 5. Report Type (check appropriate type) ___ Nomination, Date_____ ___ Initial _X_ Annual ___ Final | 6. Reporting Period 01/01/03 – 12/31/03 |
| 7. Chambers or Office Address U.S. Courthouse Room 307 Toledo, Ohio 43624 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| Trustee (No Fee) | M Foundation – Private Charitable Trust |
| No beneficial interest. There are three Trustees. Two must agree on purchase, sale or | |
| other disposition of assets. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements.) | |
| Pension | Ohio Public Employees Retirement System. |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| Ohio Public Employees Retirement System | | $ 34,055.68 |
| | | $ |
| | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | |
|---|---|
| ☒ NONE (No reportable non-investment income.) | |
| | |
| | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Potter, John W. | May 4, 2004 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| X | NONE (No such reportable reimbursements.) | |

1

2 _____ _____

3 _____ _____

4 _____ _____

5 _____ _____

6 _____ _____

7 _____ _____

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts.) | | |
| 1 | James V. Shindler, Jr. of my former law firm of Shindler, Neff, Holmes, | | $ 600.00 |
| 2 | Schlageter & Mohler, L.L.P., does my tax returns at no charge. I pay for computer fee and typing. | | $ |
| 3 | Preparation of Financial Disclosure Report by Shindler, Neff, Holmes, | | $ 200.00 |
| 4 | Schlageter & Mohler, L.L.P. I pay for typing. | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |

1

2 _____ _____ _____

3 _____ _____ _____

4 _____ _____ _____

5 _____ _____ _____

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=25,000,001-50,000,000   P4=50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 KeyBank National Assn., Checking & Savings | B | Int. | L | T | | | | | |
| 2 KeyBank National Assn., CD's | B | Int. | L | T | | | | | |
| 3 Charter One Bank, Savings | A | Int. | J | T | | | | | Checking Account Closed |
| 4 Charter One Bank, CD's | C | Int. | L | T | | | | | Accumulated Interest |
| 5 United States Series E, EE Bonds and Series 1 | D | Int. | J | T | Redeemed & Buy | 11/12 | J J | D | Bonds Redeemed Bonds Purchased |
| 6 Metropolitan Life Deferred Annuity | B | Div. & Int. | K | T | Interest is Deferred | | J | | |
| 7 Nuveen Tax Exempt BD FD OH-S 85 | A | Int. | J | T | | Semi-Yr. | J | A | |
| 8 Public Service Elec & Gas Co., Common Stock | C | Div. | L | T | Div. Re-invested | | J | | |
| 9 Cleveland Cliffs Iron Co., Common Stock | | None | J | T | | | | | |
| 10 First Energy Corp., Common Stock | A | Div. | J | T | Div. Re-invested | | J | | |
| 11 Nuveen Intermediate Duration Municipal Bond Fund R | C | Int. & Div. | L | T | Reinvested | | J | | |
| 12 OHIO ST AIR QUALITY DEV AU BUCKEYE AMBAC CRC /R/ | B | Int. | | | Redeemed | 10/24 | K | A | |
| 13 TRUMBULL CNTY OHIO AMBAC B/E OID@97.527 /R/ | A | Int. | | | Redeemed | 12/11 | J | A | |
| 14 UNIV OF CINCINNATI OH COP MBIA B/E/R/ | A | Int. | J | T | | | | | |
| 15 OHIO ST HGHR EDL FA COMN RV CONN | A | Int. | | | Redeemed | 05/05 | J | A | |
| 16 OHIO ST PUB FAC COMM H/E IIA RFDG | A | Int. | | | Redeemed | 06/02 | J | A | |
| 17 MIDDLETOWN OHIO LT CAP FACS IMPT RFDG | A | Int. | J | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
   (See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
   (See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
   (See Col. C2)  U=Book value  V=Other  W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Potter, John W. | May 4 , 2004 |

# FINANCIAL DISCLOSURE REPORT

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month, Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, | | | | | | | | | |
| 1 LUCAS CNTY OHIO HOSP REV SR B MBIA B/E OID /R/ | A | Int. | | | Redeemed | 10/31 | J | A | |
| 2 CLEVELAND OH P/P SER 1 RV MBIA BE | A | Int. | J | T | | | | | |
| 3 UBS Financial Services Inc. RMA Account | A | Div. | J | T | | | | | Name Change –Account Amount Varies During Yr. |
| 4 OHIO ST PUB FACS MENTAL SR II – A MBIA B/E OID /R/ 5.875 | A | Int. | J | T | | | | | |
| 5 OHIO ST INFRASTRUCTURE IMPT BDS SER 1994 BE /R/ 4.9 | A | Int. | J | T | | | | | |
| 6 NUVEEN OHIO QUALITY INC. MUNI FD INC | C | Div. | L | T | | Mthly | J | | Dividends Reinvested |
| 7 OHIO HSG FIN AGY MTG REV GNMA DUE 9/1/2009 4.50 | A | Int. | J | T | | | | | |
| 8 University Akron Ohio GEN 1/1/2012 – 5.125 | A | Int. | J | T | | | | | |
| 9 Student LN Funding Corp Cincinnati OH Student LN 12/1/2005 – 5.125 | A | Int. | J | T | | | | | |
| 10 Hamilton Cnty Ohio SWR SYS REV Due 12/1/2007 – 5.45% | A | Int. | J | T | | | | | |
| 11 Franklin Cnty Ohio Hosp Rev Due 6/1/2008 – 5.25% | A | Int. | J | T | | | | | |
| 12 Ohio ST BLDG AUTH Due 10/1/2005 – 4.65% | A | Int. | J | T | | | | | |
| 13 Sky Bank, CD | A | Int. | J | T | | | | | |
| 14 HAMILTON CO OHIO STADIUM REV Matures 05/01/2006 | A | Int. | J | T | | | | | |
| 15 CINCINNATI OH VAR PURP B/E OID @99.4614 /R/ Matures 12/01/2013 | A | Int. | J | T | | | | | |
| 16 CUYAHOGA CNTY OHIO DUE 10/01/2012 DATED 03/01/1993 5.25% Interest | A | Int. | J | T | | | | | |
| 17 MBNA America Bank, CD's | B | Int. | K | T | Buy | 06/18 07/03 10/20 11/13 | K K J K | | New CD's |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(See Col. B1, D4)  F=$50,001- $100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001- $100,000  M=$100,001-$250,000
(See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book value  V=Other  W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Potter, John W. | May 4 , 2004 |

# FINANCIAL DISCLOSURE REPORT

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, | | | | | | | | | |
| Oppenheimer Strategic Income Fund Class A | B | Div. | K | T | | | | | |
| Oppenheimer Rochester National Municipals Class A | B | Div. | K | T | | | | | |
| AMBAC FINANCIAL GROUP 5.8750% Debentures Due 03/24/2103 | A | Int. | J | T | Buy | 06/10 | J | | |
| General Elec Cap Corp 5.7/8% Senior Notes Due 02/18/33 | A | Int. | J | T | Buy | 06/10 | J | | |
| BATAVIA OHIO LOC SCH DIST DUE 12/01/2022 Dated 01/15/1995 6.30% | A | Int. | J | T | Buy | 10/30 | J | | |
| TRUST FUNDED 10/96: | | | | | | | | | |
| Baker Hughes, Inc., Common Stock | A | Div. | J | T | | | | | |
| Englehard Corp., Common Stock | | None | | | Sell | 05/15 | J | B | |
| Hawaiian Electric Inds Inc. - Common Stock | A | Div. | J | T | | | | | |
| Lancaster Colony Corp., Common Stock | A | Div. | J | T | | | | | |
| Lucent Technologies, Inc. Common Stock | | None | J | T | | | | | |
| Merck & Co., Common Stock | A | Div. | K | T | | | | | |
| Murphy Oil Corp., Common Stock | A | Div. | J | T | | | | | |
| Pepsico Inc., Common Stock | A | Div. | J | T | | | | | |
| Public Service Enterprise Group Inc., Common Stock | A | Div. | J | T | | | | | |
| Raytheon Co., New Common Stock | A | Div. | K | T | | | | | |
| RMA Money Market Portfolio | A | Div. | L | T | | | | | Account Amount Varies During Year |

1. Income/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
   (See Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=More than $5,000,000
2. Value Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
   (See Col. C1, D3)    N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000    P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
   (See Col. C2)    U=Book value    V=Other    W=Estimated

## II. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, | | | | | | | | | |
| OHIO STATE TURNPIKE REV BDS SER 96A FSA B/E/R/ | A | Int. | | | Redeemed | 02/18 | J | | |
| OHIO ST BLDG AUTH WORKER GREEN B/E OID@98.474 /R/ | A | Int. | | | Redeemed | 04/01 | J | A | |
| OHIO ST IMPT B/E /R/ RATE 04.600% Matures 08/01/05 | A | Int. | J | T | | | | | |
| OHIO ST WTR DEV AUTH REV AMBAC B/E OID@99.587 /R/ | A | Int. | J | T | | | | | |
| OHIO ST BLDG AU RFDG ST CRTNL FA AMBAC CRCOID /R/ | B | Int. | K | T | | | | | |
| OHIO ST PUB FA COMN II-A AMBAC BE OID@96.779 /R/ | B | Int. | K | T | | | | | |
| HAMILTON CNTY OHIO VAR PURP LT /R/ | A | Int. | J | T | | | | | |
| LUCAS CNTY OHIO HSP RVRF T/H MBIA OID@94.981 BE /R/ | A | Int. | K | T | | | | | |
| OHIO ST PUB FAC COMMN MBIA B/E OID@99.601 /R/ | A | Int. | K | T | | | | | |
| OHIO ST PUB FACS COMM HI ED FAC REV FSA B/E /R/ | A | Int. | | | Redeemed | 12/01 | J | A | |
| EATON VANCE MUNI TR OHIO TAX FREE FUND | B | Int. & Div. | K | T | Int. & Div. Periodically Reinvested | | J | | |
| OHIO ST PUB FACS COMMN HLTH CAP SER II – B BE /R/ | A | Int. | J | T | | | | | |
| UNITS MUNI 307 OHIO INVEST TR ED | B | Int. | K | T | | | | | |
| OHIO ST PUB FAC SER II-A MBIA B/E OID@99.153 /R/ | A | Int. | K | T | | | | | |
| OHIO ST PUB FAC COMMN FSA B/E OID@96.897 /R/ | A | Int. | J | T | | | | | |
| OHIO ST ED LN REV-A SUPP STU-LN AMBAC AMT B/E /R/ | A | Int. | J | T | | | | | |
| MASSILLON OH CSD RFDG SH IMPT AMBAC OID UT BE /R/ | A | Int. | J | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000

2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000

3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-57 of Instructions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure. | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type (e.g.<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell<br>merger,<br>redemption) | (2)<br>Date<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| NONE  (No reportable income, assets, | | | | | | | | | |
| 1  Callaway Golf Co.,<br>Common Stock | A | Div. | J | T | | | | | |
| 2  Nisource, Inc., Common Stock | | None | | | Sell | 01/16 | J | | |
| 3  Southwestern Bell Tele-<br>phone Co., Senior Nts PFD | A | Int. | | | Sell | 06/17 | K | | |
| 4  BUTLER CNTY OHIO SALES<br>TAX REV AMBAC B/E /R/ | A | Int. | K | T | | | | | |
| 5  AURORA OHIO GENL OBLIG UT<br>BOOK ENTRY MBIA /R/ | A | Int. | K | T | | | | | |
| 6  Walt Disney Co.,<br>Common Stock | A | Div. | J | T | | | | | |
| 7  NATIONWIDE FINANCIAL SERVICES<br>CAPITAL TR II 7.10% TR PFD SEC | A | Int. | J | T | | | | | |
| 8  Citigroup Capital VI<br>6.78% Trust PFD 3/15/2029 | A | Int. | J | T | | | | | |
| 9  Dana Corp., Common Stock | A | Div. | J | T | | | | | |
| 10  OHIO ST BLDG AUTH DUE<br>10/1/2005 4.65% | A | Int. | J | T | | | | | |
| 11  HAMILTON CNTY OHIO SWR<br>SYS REV DUE 12/01/2006 5.30% | A | Int. | J | T | | | | | |
| 12  SYLVANIA OHIO CITY SCH<br>DIST DUE 06/01/2006 4.40% | A | Int. | K | T | | | | | |
| 13  Verizon Communications,<br>Common Stock | A | Div. | | | Sell | 01/16 | J | A | |
| 14  HAMILTON CNTY OHIO SALES<br>TAX DUE 12/01/2010 4.55% | A | Int. | J | T | | | | | |
| 15  Yum Brands, Inc.<br>Common Stock | | None | | | Buy<br>Sell | 02/25<br>05/15 | J<br>J | A | |
| 16  CD Capital One FSB,<br>Rate 04.250% | A | Int. | K | T | | | | | |
| 17  McDonalds Corp.,<br>Common Stock | | None | | | Sell | 05/15 | J | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- | --- | --- |
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001-$100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.<br>div.<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code3<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell<br>merger,<br>redemption) | (2)<br>Date<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| NONE (No reportable income, assets, | | | | | | | | | |
| 1 Lauder Estee Cos CL A, Common Stock | A | Div. | J | T | | | | | |
| 2 GENL ELEC CAPITAL 6.625% PUBLIC INCOME NOTES DUE 06728732 | A | Int. | J | T | | | | | |
| 3 PARMA OHIO CITY SCH DIST DUE 12/01/2011 | B | Int. | K | T | | | | | |
| 4 EATON VANCE OHIO MUNI INCOME TRUST SBI | A | Div. | K | T | Buy | 01/16 | K | | Had Listed As Int.<br>Is Div. |
| 5 ABBEY NATIONAL PLC PERPETUAL SUB CAPITAL SECURITIES 7% CALIABLE 042904 @ 25.00 | A | Int. | J | T | | | | | |
| 6 CITIGROUP CAPITAL VIII 6.95% PREFERRED SYSTEM | A | Int. | J | T | | | | | |
| 7 CD MBNA AMER BK 03.150% ~~████████~~ | A | Int. | J | T | | | | | |
| 8 NUVEEN QUALITY PREFERRED INCOME FUND 2 | A | Div. | K | T | | | | | |
| 9 Royal Dutch Pete Co. NY Registry SH Par No. 56 EUROS ADR | A | Div. | K | T | Buy<br>Buy | 01/16<br>08/05 | J<br>J | | |
| 10 UBS Pace Municipal Fixed Income Investments Class A | A | Div. | K | T | Div.<br>Reinvested | . | J | | |
| 11 Fifth Third Bankcorp, Common Stock | A | Div. | K | T | | | | | |
| 12 General Motors Corp 7.25% Senior Notes Due 04/15/2041 PFD | A | Int. | J | T | | | | | |
| 13 General Motors Corp 7.25% Senior Notes Due 07/15/2041 PFD | A | Int. | J | T | | | | | |
| 14 SBC Communications 7% Public Income Notes Due 06/01/2041 PFD | A | Int. | J | T | | | | | |
| 15 Senior HSG Properties Trust SBI, Common Stock | A | Div. | J | T | Part*<br>Sale | 08/05 | J | A | *Part D 1<br>Sale |
| 16 Southwest Airlines Co., Common Stock | A | Div. | J | T | | | | | |
| 17 OHIO ST PUB FAC COMMN SER II-C REV FSA B/E/R/ RATE 04.375% | A | Int. | J | T | | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001-$100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amt.<br>Code 1<br>(A-H) | (2)<br>Type<br>(e.g.<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell<br>merger,<br>redemption) | (2)<br>Date<br>Month-<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| NONE (No reportable income, assets, | | | | | | | | | |
| 1 Gahanna-Jefferson Pub SC HS Ohio B/E /R/ Rate 4.150% | A | Int. | J | T | | | | | |
| 2 Pfizer, Inc., Common Stock | A | Div. | K | T | | | | | |
| 3 AT&T Wireless Services Inc., Common Stock | | None | J | T | | | | | |
| 4 ACM Income Fund Inc. | A | J | | | Buy<br>Sell | 05/15<br>10/06 | J<br>J | | |
| 5 MEDCO HEALTH SOLUTIONS INC., Common Stock | | None | J | T | | | | | See VIII |
| 6 PLAIN OHIO LOC SCH DIST DUE 12/01/2013 Dated 3/1/03 3.80% | A | Int. | K | T | Buy | 02/21 | K | | |
| 7 Ford Motor Credit Global 05.800% 011209 DTD011299 FC071299 SR Notes BE | A | Int. | J | T | Buy | 05/15 | J | | |
| 8 Health Care Reit Inc. 7.875% SER D COM RED PFD STOCK | A | Int. | J | T | Buy | 06/12 | J | | |
| 9 EATON VANCE TAX ADVANTAGED DIVID INCOME FUND | A | Div. | J | T | Buy | 09/25 | J | | |
| 10 M FOUNDATION - PRIVATE TRUST CHARITABLE TRUST: | | | | | | | | | |
| 11 Charter One Bank - Certificate of Deposit | A | Int. | K | T | | | | | Closed – 10/27/03 |
| 12 Charter One Bank - Savings Account | A | Int. | J | T | | | | | |
| 13 Sky Bank - Certificate of Deposit | A | Int. | K | T | | | | | Opened – 10/30/03 |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1. Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- | --- |
| 2. Value Codes: (See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001-$100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3. Value Method Codes: (See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Potter, John W. | May 4 , 2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

UBS Financial Services, Inc. Resource Management Account (RMA) is an account in which
UBS Financial Services, Inc. places income when received until used for other investments.
Amounts vary during the year.

MED CO HEALTH SOLUTIONS INC. VII is a 2002 spin off from Merck & Co. July 2002.  It should
have been reported in 2002 report as the value increased to qualify.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____          Date _____May 4 , 2004_____

John W. Potter

NOTE: ANY ▓▓▓▓▓DUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE
SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544